## John J. Meany, Defendant in Error, v. Ephraim Anglemire, Plaintiff in Error.

### Gen. No. 18,708.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH Z. UHLIR, Judge, presiding. Heard in this court at the March term, 1914. Affirmed. Opinion filed November 9, 1914.

### Statement of the Case.

Action by John J. Meany against Ephraim Anglemire to recover for his services as a surgeon in operating on defendant, removing his prostate gland, and for further services. To reverse a judgment in favor of plaintiff for one hundred and fifty dollars, defendant prosecutes a writ of error.

P. R. BOYLAN, for plaintiff in error.

THOMAS J. YOUNG, for defendant in error.

MR. JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

PHYSICIANS AND SURGEONS, § 28*—*proof of employment.* In an action for services rendered by plaintiff in operating on defendant as a surgeon, evidence *held* sufficient to show that plaintiff was employed by defendant, it appearing that defendant first consulted his physician as to the advisability of calling some one else and said physician called plaintiff who told defendant he would perform the operation and defendant assented.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.